IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT CURRY, SR.,** : | **CIVIL ACTION** |
|      **Plaintiff,** : | |
| : | |
| v. : | No. 13-5571 |
| : | |
| **KUNZLER AND COMPANY, INC.,** : | |
|      **Defendant.** : | |

## O R D E R

**AND NOW**, this 19th day of August, 2015, as explained in the accompanying memorandum, it is hereby **ORDERED** that this case is **DISMISSED** for failure to prosecute.

The Clerk of Court shall **CLOSE** this action.

                                                        BY THE COURT:

                                                        /s/Lawrence F. Stengel
                                                        LAWRENCE F. STENGEL, J.